1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6

| GERROD L. HERNDON, | Case No. 19-cv-02962-HSG |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| 152 VETERANS RECOVERY OF DEFAULTED STUDENT RECRUIT, et al., | |
| Defendants. | |

Pursuant to the Order of Dismissal, this action is DISMISSED WITHOUT PREJUDICE. Judgment is entered in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: 7/18/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge